PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00051-SAB |
| Plaintiff, | [Citation #F5444820 CA/42] |
| v. | |
| BRENT F. MASHLER | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00051-

SAB [Citation #F5444820 CA/42] against BRENT F. MASHLER, without prejudice, in the interest of

justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 11, 2023                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                  By:    /s/ *Jeffrey A. Spivak*
                                            JEFFREY A. SPIVAK
                                            Assistant United States Attorney

1

1

2                                                 **O R D E R**

3

4          IT IS HEREBY ORDERED that Case No. 1:23-po-00051-SAB [Citation #F5444820 CA/42]

5     against BRENT F. MASHLER be dismissed, without prejudice, in the interest of justice.

6

7     IT IS SO ORDERED.

8     Dated:    **December 12, 2023**        _____
                                             UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Mashler
Case No. 1:23-po-00051-SAB